PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00150 LJO-SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| NHIA VANG, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Galatea Delapp, attorney for the defendant, that the status conference set for January 17, 2017 at 1:00 pm before the Honorable Sheila K. Oberto be continued to February 6, 2017 at 1:00 p.m.  The reason for the request is defense needs time for additional investigation/preparation before making a decision of whether to enter a change of plea.  The government will extend a plea offer during the week of January 9, 2017.  However, defense counsel is unavailable to review the matter with her client until January 14, 2017, and believes additional time will be necessary.

///

///

///

///

///

///

///

Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through February 6, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 9, 2017                              Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                            By      /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: January 9, 2017                              /s/ Galatea Delapp
                                                    GALATEA DELAPP
                                                    Attorney for Defendant

### ORDER

The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances **must be filed through ECF by Thursday at noon prior to the Monday hearing.**" The Court will consider an exception to the timeliness of the request only in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline, which has not been established in this case.

IT IS SO ORDERED.

Dated:   **January 13, 2017**                       /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation                                         2