PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00150-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| NHIA VANG, | |
| Defendant. | |

WHEREAS, on September 8, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Nhia Vang in the following property:

    a. Springfield Armory, Model 1898, 30.06 cal, serial #425227;

    b. Savage Model 29, .22 cal, serial #131865;

    c. Ruger, Model 10/2 .22 cal Rifle with scope, serial #253-77463;

    d. Remington, Model 7600, 30.06 cal with scope, serial #B8409653;

    e. Remington Woodmaster, Model 750, .243 cal, serial #D8015884; and,

    f. All ammunition seized in this case.

AND WHEREAS, beginning on September 12, 2017, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised

FINAL ORDER OF FORFEITURE    1

all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Nhia Vang.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **November 21, 2017**  /s/ **Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE